# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

149084

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL WARD,
      Plaintiff-Appellant,

v

SC:  149084
COA:  318723
Montcalm CC:  13-017546-AH

BELLAMY CREEK CORRECTIONAL
FACILITY WARDEN, DEPARTMENT
OF CORRECTIONS, STATE OF
MICHIGAN and MONTCALM CIRCUIT
COURT JUDGE,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 12, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

h0721